

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722*

September 4, 2013

<u>Via ECF</u>

The Honorable Denis R. Hurley
United States District Court Judge
Eastern District of New York
Long Island Federal Courthouse
934 Federal Plaza
Central Islip, New York 11722

      Re:  <u>United States v. Hugo Rivera and Edward George Angus</u>
          <u>Cr. No. 12 CR 0176 (DRH)</u>

Dear Judge Hurley:

      The government writes to request that the sentencings as to defendants Rivera and Angus be rescheduled to November 7, 2013 at 10:30 (Angus) and 11:30 (Rivera), respectively.  I have consulted with defense counsel who agree to this request.  Thank you for your consideration.

                        Respectfully submitted,
                        LORETTA E. LYNCH
                        United States Attorney

             By:  _____
                  Allen L. Bode
                  Assistant U.S. Attorney
                  (631) 715-7828